IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                       Case Nos.:   5:17cr19/RH/MJF
                                                                                                         5:19cv35/RH/MJF

WILLIAM FRANKLIN STANLEY, JR

---

## **REPORT AND RECOMMENDATION**

This matter is before the court upon Defendant's amended "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (ECF No. 76). After review of the record, the undersigned concludes that the motion should be dismissed without prejudice.

The record reflects, and Defendant admits, that his direct appeal is still pending. (ECF No. 76 at 2.) Thus, his judgment and conviction are not final, and this court lacks jurisdiction to consider and rule on the § 2255 motion, or to "take any action with regard to the matter except in aid of the appeal." *United States v. Diveroli*, 729 F.3d 1339, 1342 (11th Cir. 2013) (citation omitted); *United States v. Dunham*, 240 F.3d 1328, 1329-30 (11th Cir. 2001); *Welsh v. United States*, 404 F.2d 333, 333 (5th Cir. 1968) (holding that a "motion to vacate sentence under 28 U.S.C. § 2255 will not be entertained during the pendency of a direct appeal, inasmuch as

the disposition of the appeal may render the motion moot"). The instant motion should be dismissed without prejudice to its reassertion, if appropriate, after Defendant's pursuit of direct review has concluded.[1]

Accordingly, it is respectfully **RECOMMENDED:**

The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 76) be **DISMISSED without prejudice.**

At Panama City, Florida, this 11th day of February, 2019.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

---

[1] Defendant is advised that dismissal of the instant motion **will not** prevent him from later seeking collateral review if his direct appeal is unsuccessful. He will be constrained only by the limitations period set forth in 28 U.S.C. § 2255.

Case Nos.: 5:17cr19/RH/MJF; 5:19cv35/RH/MJF