IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASES NO.  5:17cr19-RH-MJF
                                                  5:19cv35-RH-MJF

WILLIAM FRANKLIN STANLEY, JR.,

    Defendant.

_____/

## ORDER DENYING THE § 2255 MOTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 77. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The defendant's 28 U.S.C. § 2255 motion, ECF No. 76, is denied without prejudice. The clerk must close No. 5:19cv35.

SO ORDERED on March 16, 2019.

                                                s/Robert L. Hinkle
                                                United States District Judge